UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **JOANN HEDGEMON** | * | **CIVIL ACTION NO. 14-0817** |
| **VERSUS** | * | **MAG. JUDGE KAREN L. HAYES** |
| **MADISON PARISH SCHOOL BOARD** | * | |

# J U D G M E N T

In accordance with the memorandum ruling issued this date,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of defendant MADISON PARISH SCHOOL BOARD and against plaintiff JOANN HEDGEMON, dismissing with prejudice, plaintiff's claims, in their entirety, at plaintiff's cost.

In Chambers, at Monroe, Louisiana, this 7th day of July, 2015.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE